UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. | CRIMINAL NO. 2:99CR7KS |
| WILLIE EARL HATTEN, JR. | DEFENDANT |

### ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#44] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on September 2, 1999, is hereby remitted.

SO ORDERED, this the __18th__ day of April, 2017.

                                                  s/Keith Starrett
                                                HONORABLE KEITH STARRETT
                                                UNITED STATES DISTRICT JUDGE